UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHELLE ROSE MORROW,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C26-2551-SKV<br><br>ORDER OF REMAND |

Pursuant to the parties' stipulated motion, Dkt. 11, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the ALJ will further evaluate the medical opinion evidence, including Dr. Phan's opinion. In light of the above, the ALJ will make findings following the sequential evaluation process, including reassessing the claimant's residual functional capacity and subjective complaints and obtaining supplemental vocational expert evidence, as necessary. The ALJ will further develop the record as needed, offer the claimant the opportunity for a hearing, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant

/ / /

/ / /

to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 13th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Sarah Moum

Sarah Moum
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov